No. 02–10302. MORRIS, AKA MARKS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–10309. WRIGHT v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–10322. BROWN v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–10323. APPLEBY v. RECHT, JUDGE, CIRCUIT COURT OF WEST VIRGINIA, OHIO COUNTY. Sup. Ct. App. W. Va. Certiorari denied.

No. 02–10337. COLBY v. CZERNIAK, SUPERINTENDENT, OREGON STATE PENITENTIARY. Ct. App. Ore. Certiorari denied.

No. 02–10348. DIAZ ARMAS v. GARCIA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10399. DYSON v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–10411. THOMPSON v. ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–10424. LIGHTNER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–10461. HARVEY v. WARD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–10481. BAIDAS v. JENIFER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied.

No. 02–10492. DOUGLAS v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 02–10505. TEAL v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.